**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>JONATHAN RAYMOND SEELEY,<br><br>   Defendant. | Case No. 2:25-mj-00143-EJY<br><br>FINDINGS OF FACT, CONCLUSIONS<br>OF LAW AND ORDER |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel has spoken with her client several times about this matter and has conveyed two separate plea offers to him. At this time, the defendant wishes to proceed to trial on the charges. To prepare his defense will require the hiring and consultation with at least two separate experts, which will require time. In light of defense counsel's schedule and another petty duty case that she has been helping prepare for trial as second chair, a continuance is necessary to adequately prepare Mr. Seeley's case for trial as well.

1. The defendant is out of custody and does not oppose the continuance.

2. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the fourth request for a continuance of the bench trial.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, § 316(h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that the bench trial currently scheduled on February 4, 2026, at 9:30 a.m., be vacated and continued to April 15, 2026 at the hour of 9:30 a.m. in Courtroom 3D.

DATED this 3rd day of February, 2026.

_____
UNITED STATES MAGISTRATE JUDGE