**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00143-EJY |
| Plaintiff, | |
| v. | ORDER |
| JONATHAN RAYMOND SEELEY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the bench trial currently scheduled on April 15, 2026, at 9:30 a.m., be vacated and continued to June 24, 2026 at the hour of 9:30 a.m. in Courtroom 3D.

DATED this 8th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3