**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00143-EJY |
| Plaintiff, | |
| v. | ORDER |
| JONATHAN RAYMOND SEELEY, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Stipulation to Continue Bench Trial (ECF No. 21) is GRANTED.

IT IS THEREFORE ORDERED that the bench trial currently scheduled on June 24, 2026, at 9:30 a.m., be vacated and continued to  September 3, 2026  at the hour of  9 : 30  a .m.

DATED this  8th  day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3