**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONATHAN RAYMOND SEELEY,

Defendant.

Case No. 2:25-mj-00143-EJY

ORDER

IT IS THEREFORE ORDERED that the bench trial currently scheduled on September 2, 2026, at 9:30 a.m., be vacated and continued to December 16, 2026 at the hour of 9:30 a.m.

DATED this 25th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE